UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

N.D. Cal. Case No. CV-08-2623 JF HRL
RETURN OF AUTHORIZED SERVICE

| | | |
|---|---|---|
| LEVI STRAUSS & CO. | ) | Civil Cover Sheet, Summons in a Civil Action, Complaint for Trademark Infringement, Trademark Dilution and Unfair Competition (Injunctive Relief Sought), Certification of Interested Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Form Standing Order Regarding Case Management in Civil Cases, Form Standing Order re Pretrial Preparation, and Form Standing Order for all Judges of the Northern District of California-Contents of Joint Cast Management Statement, ECF Registration Information Handout and Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Form Notice of Lawsuit and Request for Waiver of Service of Summons, and form of Service of Summons |
| Plaintiff | ) | |
| -vs- | ) | |
| CHIMALA DESIGN, INC. | ) | |
| Defendant | ) | |

Received by 1-800-SERVE-EM on May 28, 2008 at 6:35 PM to be served on Chimala Design, Inc., 255 West 36th Street, Suite 403 New York, NY 10018.

I, Robin Ramson #956-346, who being duly sworn, depose and say that on May 29, 2008 at 4:03 PM , I:

Served Chimala Design, Inc. by delivering a true copy of the Civil Cover Sheet, Summons in a Civil Action, Complaint for Trademark Infringement, Trademark Dilution and Unfair Competition (Injunctive Relief Sought), Certification of Interested Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Form Standing Order Regarding Case Management in Civil Cases, Form Standing Order re Pretrial Preparation, and Form Standing Order for all Judges of the Northern District of California-Contents of Joint Cast Management Statement, ECF Registration Information Handout and Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Form Notice of Lawsuit and Request for Waiver of Service of Summons, and form of Service of Summons with the date and hour of service endorsed thereon by me, to Robin Machida, authorized to accept service at 255 West 36th Street, Suite 220 New York, NY 10018.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Robin Ramson #956-346
1800-SERVE-EM
800.737.8336
Job Serial No. 2008302288
Refrence: N.D.Cal.Case No.CV-08-2623 JF HRL