1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)                    **E-Filed 9/19/08**
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com;
   glcincone@townsend.com; rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8
   FREDRIC H. AARON
9  14 Vanderventer Avenue, Suite 212
   Port Washington, NY  11050
10 Telephone:  (516) 802-4140
   Facsimile:  (516) 802-3807
11 Email: FredAaron@optonline.net

12 Attorney for Defendant
   CHIMALA DESIGN, INC.
13

14                   UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17
   LEVI STRAUSS & CO.,                     Case No. C 08-02623 JF
18                                          ORDER APPROVING
              Plaintiff,                   **STIPULATION TO CONTINUE**
19                                         **CASE MANAGEMENT**
         v.                                **CONFERENCE**
20
   CHIMALA DESIGN, INC.,                   Date:  September 26, 2008
21                                         Time: 10:30 a.m.
              Defendant.                   Courtroom: 3, 5th Floor
22

23

24      The Initial Case Management Conference in this action is currently scheduled to take place on

25 September 26, 2008.  In light of ongoing settlement discussion, the parties hereby request that the

26 conference be continued for four weeks, until October 24, 2008, or as soon as possible thereafter.

27      The parties have been engaged in settlement discussions since the complaint was filed.

28 Progress has been made and the parties remain hopeful that a settlement can be finalized in the near

1  future, thus, avoiding any need to expend the parties' or the Court's resources on litigation of this

2  matter.

3         Accordingly, the parties believe it would be appropriate to continue the Initial Case

4  Management Conference for a sufficient amount of time to allow settlement discussions to proceed,

5  and therefore respectfully request that the Initial Case Management Conference currently set for

6  September 26, 2008, be continued to October 24, 2008, in order to give the parties the opportunity to

7  complete their settlement discussions.  The parties also request that the deadline for filing of initial

8  disclosures be reset to coincide with the deadline for filing of the joint Case Management Conference

9  statement seven days prior to the Initial Case Management Conference.

10

11  DATED:  September 17, 2008        Respectfully submitted,

12                                   TOWNSEND AND TOWNSEND AND CREW LLP

13                                   By: _/s/ Raquel Pacheco_____
                                          Raquel Pacheco
14                                        Attorneys for Plaintiff
                                          LEVI STRAUSS & CO.
15

16

17

18  DATED:  September 17, 2008        By: _/s/ Fredric H. Aaron_____
                                          Fredric H. Aaron
19                                        Attorneys for Defendant
                                          CHIMALA DESIGN, INC.
20

21

22

23

24

25

26

27

28

1

**[PROPOSED]** ORDER

2

3        GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties' stipulated

4  request to continue the Initial Case Management Conference is granted.  The Initial Case Management

5  Conference is hereby scheduled for October 24, 2008.

6

7  Dated: ___September 19___, 2008    _____

8                                                        The Honorable Jeremy Fogel
                                                           United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 08-2623 JF

1

**GENERAL ORDER NO. 45 ATTESTATION**

2

3

Pursuant to General Order No. 45, Section X(B) regarding signatures I, Raquel Pacheco attest

4

that concurrence in the filing of this documents has been obtained from Fredric H. Aaron, counsel for

defendant.

5

I declare under penalty of perjury under the laws of the United States of America that the

6

foregoing is true and correct.  Executed this 17th day of September, 200 at San Francisco, California.

7

8

9

*/s/ Raquel Pacheco*_____
Raquel Pacheco

10

61505164 v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28