TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com;
glcincone@townsend.com; rpacheco@townsend.com

**E-Filed 10/16/08**

Attorneys for Plaintiff
LEVI STRAUSS & CO.


FREDRIC H. AARON
14 Vanderventer Avenue, Suite 212
Port Washington, NY 11050
Telephone: (516) 802-4140
Facsimile: (516) 802-3807
Email: FredAaron@optonline.net

Attorney for Defendant
CHIMALA DESIGN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHIMALA DESIGN, INC.,<br><br>　　　　Defendant. | Case No. C 08-02623 JF<br><br>**SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　　　October 24, 2008<br>Time:　　　10:30 a.m.<br>Courtroom: 3, 5th Floor<br>　　　　　　Hon. Jeremy Fogel |

  By order dated September 19, 2008, this Court continued the Initial Case Management Conference in this action to October 24, 2008. In light of ongoing settlement discussion, the parties hereby request that the conference be further continued for an additional four weeks, until November 21, 2008, or as soon as possible thereafter.

  The parties have been engaged in settlement discussions since the complaint was filed.

1   Progress has been made and the parties believe that this dispute can be resolved without the need for
2   litigation, but additional time is required to finalize the terms of a settlement.  The parties remain
3   hopeful that a settlement can be finalized in the near future, thus, avoiding any need to expend the
4   parties' or the Court's resources on litigation of this matter.
5        Accordingly, the parties respectfully request that the Initial Case Management Conference
6   currently set for October 24, 2008, be continued to November 21, 2008, in order to give the parties the
7   opportunity to complete their settlement discussions.  The parties also request that the deadline for
8   filing of initial disclosures be reset to coincide with the deadline for filing of the joint Case
9   Management Conference statement seven days prior to the Initial Case Management Conference.

DATED:  October 15, 2008          Respectfully submitted,

                                       TOWNSEND AND TOWNSEND AND CREW LLP

                                       By: */s/ Raquel Pacheco*
                                           Raquel Pacheco
                                           Attorneys for Plaintiff
                                           LEVI STRAUSS & CO.

DATED:  October 15, 2008          By: */s/ Fredric H. Aaron*
                                           Fredric H. Aaron
                                           Attorneys for Defendant
                                           CHIMALA DESIGN, INC.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties' stipulated request to continue the Initial Case Management Conference is granted.  The Initial Case Management Conference is hereby scheduled for November 21, 2008.

Dated:  __10/16/08__, 2008          _____
                                    The Honorable Jeremy Fogel
                                    United States District Court Judge

SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 08-2623 JF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GENERAL ORDER NO. 45 ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures I, Raquel Pacheco attest that concurrence in the filing of this documents has been obtained from Fredric H. Aaron, counsel for defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of October, 2008 at San Francisco, California.


>                                     */s/ Raquel Pacheco*
>                                     Raquel Pacheco

61592263 v1