TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; glcincone@townsend.com; rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

**E-Filed 11/20/08**

FREDRIC H. AARON
14 Vanderventer Avenue, Suite 212
Port Washington, NY 11050
Telephone: (516) 802-4140
Facsimile: (516) 802-3807
Email: FredAaron@optonline.net

Attorney for Defendant
CHIMALA DESIGN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LEVI STRAUSS & CO.,

Plaintiff,

v.

CHIMALA DESIGN, INC.,

Defendant.

Case No. C 08-02623 JF

**THIRD STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER**

Date: November 21, 2008
Time: 10:30 a.m.
Courtroom: 3, 5th Floor
Hon. Jeremy Fogel

By order dated October 16, 2008, this Court continued the Initial Case Management Conference in this action to November 21, 2008. The parties have now reached an agreement, but additional time is required to finalize the terms. Thus, the parties hereby request that the conference be further continued for an additional four weeks, until December 19, 2008, or as soon as possible

thereafter. The parties remain hopeful that a settlement can be finalized in the near future, thus, avoiding any need to expend the parties' or the Court's resources on litigation of this matter.

Accordingly, the parties respectfully request that the Initial Case Management Conference currently set for November 21, 2008, be continued to December 19, 2008, in order to give the parties the opportunity to finalize the terms of a settlement.

DATED: November 19, 2008

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ Raquel Pacheco*
Raquel Pacheco
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: November 19, 2008

By: */s/ Fredric H. Aaron*
Fredric H. Aaron
Attorneys for Defendant
CHIMALA DESIGN, INC.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the parties' stipulated request to continue the Initial Case Management Conference is granted. The Initial Case Management Conference is hereby scheduled for December 19, 2008.

Dated: 11/20/08, 2008

The Honorable Jeremy Fogel
United States District Court Judge

**GENERAL ORDER NO. 45 ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures I, Raquel Pacheco attest that concurrence in the filing of this documents has been obtained from Fredric H. Aaron, counsel for defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of November, 2008 at San Francisco, California.

*/s/ Raquel Pacheco*
Raquel Pacheco

61700446 v1