TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com,
glcincone@townsend.com, rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.


FREDRIC H. AARON
14 Vanderventer Avenue, Suite 212
Port Washington, NY  11050
Telephone:  (516) 802-4140
Facsimile:  (516) 802-3807
Email: FredAaron@optonline.net

Attorney for Defendant
CHIMALA DESIGN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>v.<br><br>CHIMALA DESIGN, INC.,<br><br>    Defendant. | Case No. C 08-02623 JF<br><br>**STIPULATION TO FINAL JUDGMENT AND PERMANENT INJUNCTION** |

STIPULATION TO ENTRY OF FINAL JUDGMENT - 1 -                    Levi Strauss & Co. v. Chimala Design, Inc.
                                                                Case No. CV 08-2623 JF

1  Plaintiff Levi Strauss & Co. and Defendant Chimala Design, Inc. hereby stipulate to the facts
2  and conclusions contained in the attached Final Judgment and Permanent Injunction and consent to its
3  entry by the Court.

4  
   IT IS SO STIPULATED AND CONSENTED.
5  

6  DATED:  January 5, 2009         TOWNSEND AND TOWNSEND AND CREW LLP
7  

8                                  By:  /s/ Raquel Pacheco_____
                                        Raquel Pacheco
9                                       Attorneys for Plaintiff
                                        LEVI STRAUSS & CO.
10  

11  DATED:  January 5, 2009         CHIMALA DESIGN, INC.
12  

13                                  By:  /s/ Fredric H. Aaron_____
                                         Fredric H. Aaron
14                                       Attorney for Defendant
                                         CHIMALA DESIGN, INC.
15  

16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> CHIMALA DESIGN, INC., <br><br> Defendant. | Case No. C 08-02623 JF <br><br> **FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION** |

Plaintiff Levi Strauss & Co. ("LS&CO.") has filed a Complaint alleging trademark infringement, dilution, and unfair competition under federal and California law against defendant Chimala Design, Inc. ("Chimala"). LS&CO. alleges that Chimala has manufactured, promoted, and sold clothing, including denim jeans, that violates LS&CO.'s rights in its registered Tab Device Trademark (the "Tab trademark").

The Court now enters final judgment based upon the following undisputed facts. Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

**I.    STIPULATED FACTS AND CONCLUSIONS**

A.    This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Chimala. Venue is proper in this Court.

B.  LS&CO. owns the Tab trademark, which is a valid and famous trademark of LS&CO. and which is registered as follows for use on a variety of casual apparel:

    a.  Registration No. 356,701 (first used as early as September 1, 1936; registered May 10, 1938);

    b.  Registration No. 516,561 (first used as early as September 1, 1936; registered October 18, 1949);

    c.  Registration No. 577,490 (first used as early as September 1, 1936; registered July 21, 1953);

    d.  Registration No. 774,625 (first used as early as May 22, 1963; registered August 4, 1964);

    e.  Registration No. 775,412 (first used as early as October 9, 1957; registered August 18, 1964); and

    f.  Registration No. 1,157,769 (first used as early as September 1, 1936; registered June 16, 1961).

C.  Chimala has infringed LS&CO.'s Tab trademark and engaged in unfair competition by manufacturing, distributing and selling jeans that display the pocket tab illustrated in Exhibit A (the "Chimala tab").

## II.  ORDER

It is hereby ordered and adjudged as follows:

1.  Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Chimala, its principals, agents, employees, officers, directors, servants, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

    a.  Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any products that display any tab in the form and location illustrated in Exhibit A, or any other tab that is substantially similar to the Chimala tab or to the Tab trademark;

          b.        Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any products that display any tab that may reasonably be believed to be as similar or more similar to the Tab trademark than the Chimala tab;

          c.        Violating the rights of Levi Strauss & Co. in and to its Tab trademark; and

          d.        Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

    2.        Chimala shall pay to LS&CO. the sum of $6,500.00 within 14 calendar days from the date of entry of this Judgment.  If this amount is not timely paid, interest of 7% will run on the unpaid balance from the date of entry of this Judgment.  A check payable to Levi Strauss & CO. shall be sent to Townsend and Townsend and Crew LLP addressed as follows:

> Raquel Pacheco
> TOWNSEND AND TOWNSEND AND CREW LLP
> Two Embarcadero Center, 8th Floor
> San Francisco, CA  94111

    3.        In the event that Chimala violates the terms of this Judgment by making, selling or offering for sale garments displaying the Chimala tab illustrated in Exhibit A, it shall pay to LS&CO. liquidated damages of (a) 20% of the sales revenue received by Chimala at any time on account of such garments, or (b) $10,000, whichever is greater, and judgment shall be entered against Chimala for that amount.  Chimala specifically acknowledges that this is a reasonable estimate of the damages to which LS&CO. would be entitled by virtue of Chimala's sales of such garments and the costs LS&CO. has incurred in enforcing its rights.  Such liquidated damages shall be in addition to any further damages or equitable relief to which LS&CO. may be entitled with respect to future sales by Chimala that violate LS&CO.'s trademark rights, but any payments made by Chimala pursuant to this paragraph shall be deemed a credit against any potential award of damages under this paragraph.

    4.        This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof.  If LS&CO. commences an action for enforcement of this Judgment, the prevailing party shall be awarded reasonable attorneys' fees and costs from the other party.

5.      For the purpose of any future proceeding to enforce the terms of this Judgment, service by mail upon a party or their counsel of record at their last known address shall be deemed adequate notice for each party.

IT IS SO ORDERED AND ADJUDGED.

DATED: __1/6/09__                              _____
                                                The Honorable Jeremy Fogel
                                                United States District Court Judge

61700411 v1